THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH PRICE, Appellant, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Price* v. *Bingham,* 125 App. Div. 722, affirmed.
(Argued October 1, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1908, which reversed an order of Special Term granting a motion for an alternative writ of mandamus directing the defendant to restore the relator to duty on the police force of the city of New York or to show cause for his failure so to do.

*Edmund F. Driggs,* for appellant.

*Francis K. Pendleton, Corporation Counsel (James D. Bell,* of counsel), for respondent.

Order affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ.    Absent : HAIGHT, J.